UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Craftwood Lumber Company, on behalf of itself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>Senco Brands, Inc.,<br><br>            Defendant. | Case No. 1:14-cv-06866<br><br>**Hon. John Robert Blakey** |

**Plaintiff Craftwood Lumber Company's Unopposed Motion for Leave to Exceed Page Limits in Connection with Motion for Preliminary Approval of Class Action Settlement**

      Plaintiff Craftwood Lumber Company, by its undersigned counsel, hereby moves this Court for entry of the proposed Order granting Craftwood leave to file a memorandum of law in support of its forthcoming Motion for Preliminary Approval of Class Action Settlement that exceeds the fifteen-page limit contained in the Northern District of Illinois's Local Rules.

      Pursuant to Northern District of Illinois Local Rule 7.1, "[n]either a brief in support of or in opposition to any motion . . . shall exceed 15 pages without prior approval of the court." *See* N.D. Ill. L.R. 7.1. This Court's Case Procedures further explain that motions for leave to extend shall not be granted "unless warranted." Such an extension is warranted here.

      Craftwood's counsel has diligently worked on the brief in support of the Motion for Preliminary Approval seeking to edit carefully and minimize length. But despite counsel's best efforts, the brief is twenty-two pages in length.

      There are several explanations for the length. The brief necessarily addresses the history of the litigation, and the standards for approving class action settlements. Most importantly, it

addresses the four criteria for certification set forth in rule 23(a) and, when a rule 23(b)(3) class is sought, the two standards applicable to that rule. These are fact-intensive issues that require discussion of the evidence in this case and its common character. It also requires discussion of the legal standards applicable to each subpart.

  Plaintiff Craftwood Lumber Company respectfully requests that it be allowed to file a brief in support of its Motion for Preliminary Approval of Class Settlement not to exceed twenty-two pages, exclusive of a table of contents and attachment(s).

DATED: December 7, 2016     PAYNE & FEARS LLP

              /s/ Scott O. Luskin
              Scott O. Luskin
              1100 Glendon Ave., Suite 1250
              Los Angeles, CA 90024
              (310) 689-1750
              sol@paynefears.com
              Attorneys for Plaintiff Craftwood Lumber Company,
              on behalf of itself and all others similarly situated

# CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on this 7th day of December, 2016, he caused the foregoing **Unopposed Application for Leave to Exceed Page Limits in Connection with Motion for Preliminary Approval of Class Action Settlement** to be filed electronically with the Clerk of Court using the CM/ECF system, and which will send electronic notification to the following:

| | |
|---|---|
| **Matthew K. Brown**<br>jhoke@paynefears.com,<br>ir.courtnotices@paynefears.com,<br>mkb@paynefears.com | **Daniel F. Lula**<br>dfl@paynefears.com |
| **Scott O. Luskin**<br>sol@paynefears.com<br>pdavid@paynefears.com | **Joshua Briones**<br>lalocke@blankrome.com,<br>jbriones@blankrome.com |
| **Charles Robert Watkins**<br>twilson@gseattorneys.com,<br>charlesw@gseattorneys.com | **Frank F. Owen**<br>ffo@castlepalms.com |
| **Ana Tagvoryan**<br>sbrockway@blankrome.com,<br>atagvoryan@blankrome.com | **Stephen W. Heil**<br>swh@crayhuber.com,<br>anthony@crayhuber.com,<br>agatha@crayhuber.com |
| **Jeffrey N. Rosenthal**<br>rosenthal-j@blankrome.com | **Zachary Gordon Shook**<br>zgs@crayhuber.com |

/s/ *Scott O. Luskin*
Scott O. Luskin

4835-3016-8637.1

4835-3016-8637.1