# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| Craftwood Lumber Company, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>Senco Brands, Inc.,<br><br>        Defendant. | Case No. 1:14-cv-06866<br><br>**Hon. John Robert Blakey** |

**Motion for Award of Attorneys' Fees and Reimbursement of Expenses**

**To All Parties and Their Respective Attorneys of Record:**

Plaintiff Craftwood Lumber Company and Class Counsel hereby move for entry of an order granting attorneys' fees in the amount of $983,333, to be allocated among Class Counsel and Scott Zimmermann in accordance with the parties' co-counsel agreements.

This total attorneys' fee request represents one third of the $3 million common fund after settlement administration expenses of $50,000 are deducted. Craftwood and Class Counsel also respectfully request reimbursement of expenses in the amount of $59,357, plus additional expenses that will be incurred through the conclusion of this action, in an amount not to exceed $2,000.

This motion will be made on the grounds that:

1. Class Counsel are entitled to recover a reasonable attorneys' fee from the common fund created by their efforts;

2. The requested attorneys' fee is well justified under the standards of the Seventh Circuit because it is at the low end of the "market" rate for similar contingent legal services; it is in line with fee awards in comparable junk fax class settlements; it is justified by the substantial value Class Counsel obtained for the class; and it is supported by the considerable risks Class Counsel assumed in bringing this case. Additionally, a lodestar cross-check fully supports the requested fee because the request amounts to about 73 percent of the combined lodestar of all attorneys.

3. Class Counsel reasonably have incurred expenses of $59,357 to date and will incur another $2,000 through the conclusion of this action, which they are entitled to recover from the common fund.

1

The motion is based on the accompanying Memorandum in Support of Motion for Attorneys' Fees and Reimbursement of Expenses; the Declarations of C. Darryl Cordero, Scott Z. Zimmermann, Frank Owen, Charles Watkins, and Philip K. Lem, the pleadings and papers filed in this case; and on such further briefs and argument of counsel that will be received before or during the hearing on the motion.

DATED: April 5, 2017         PAYNE & FEARS LLP

By:     /s/C. Darryl Cordero
    C. Darryl Cordero
Attorneys for Preliminarly Appointed Class Representative/Plaintiff Craftwood Lumber Company, and for the Preliminarily Certified Settlement Class

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on this fifth day of April, 2017, he caused the foregoing **Motion for Award of Attorneys' Fees and Reimbursement of Expenses** to be filed electronically with the Clerk of Court using the CM/ECF system, and which will send electronic notification to the following:

**Matthew K. Brown**
jhoke@paynefears.com,
ir.courtnotices@paynefears.com,
mkb@paynefears.com

**Daniel F. Lula**
dfl@paynefears.com

**Scott O. Luskin**
sol@paynefears.com
pdavid@paynefears.com

**Joshua Briones**
lalocke@blankrome.com,
jbriones@blankrome.com

**Charles Robert Watkins**
twilson@gseattorneys.com,
charlesw@gseattorneys.com

**Frank F. Owen**
ffo@castlepalms.com

**Ana Tagvoryan**
sbrockway@blankrome.com,
atagvoryan@blankrome.com

**Stephen W. Heil**
swh@crayhuber.com,
anthony@crayhuber.com,
agatha@crayhuber.com

**Jeffrey N. Rosenthal**
rosenthal-j@blankrome.com

**Zachary Gordon Shook**
zgs@crayhuber.com

/s/ *C. Darryl Cordero*
C. Darryl Cordero

4827-0373-2038.3

1