# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| Craftwood Lumber Company, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Senco Brands, Inc.,<br><br>Defendant. | Case No. 1:14-cv-06866<br><br>**Hon. John Robert Blakey** |

**Motion for Award of Attorneys' Fees and Reimbursement of Expenses**

**To All Parties and Their Respective Attorneys of Record:**

Plaintiff Craftwood Lumber Company and Class Counsel hereby move for entry of an order granting attorneys' fees in the amount of $983,333, to be allocated among Class Counsel and Scott Zimmermann in accordance with the parties' co-counsel agreements.

This total attorneys' fee request represents one third of the $3 million common fund after settlement administration expenses of $50,000 are deducted. Craftwood and Class Counsel also respectfully request reimbursement of expenses in the amount of $59,357, plus additional expenses that will be incurred through the conclusion of this action, in an amount not to exceed $2,000.

This motion will be made on the grounds that:

1.      Class Counsel are entitled to recover a reasonable attorneys' fee from the common fund created by their efforts;

2.      The requested attorneys' fee is well justified under the standards of the Seventh Circuit because it is at the low end of the "market" rate for similar contingent legal services; it is in line with fee awards in comparable junk fax class settlements; it is justified by the substantial value Class Counsel obtained for the class; and it is supported by the considerable risks Class Counsel assumed in bringing this case. Additionally, a lodestar cross-check fully supports the requested fee because the request amounts to about 73 percent of the combined lodestar of all attorneys.

3.      Class Counsel reasonably have incurred expenses of $59,357 to date and will incur another $2,000 through the conclusion of this action, which they are entitled to recover from the common fund.

The motion is based on the accompanying Memorandum in Support of Motion for Attorneys' Fees and Reimbursement of Expenses; the Declarations of C. Darryl Cordero, Scott Z. Zimmermann, Frank Owen, Charles Watkins, and Philip K. Lem, the pleadings and papers filed in this case; and on such further briefs and argument of counsel that will be received before or during the hearing on the motion.

DATED:  April 5, 2017                    PAYNE & FEARS LLP


By: _____/s/C. Darryl Cordero_____
              C. Darryl Cordero
Attorneys for Preliminarly Appointed Class
Representative/Plaintiff Craftwood Lumber
Company, and for the Preliminarily Certified
Settlement Class

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on this fifth day of April, 2017, he caused the foregoing **Motion for Award of Attorneys' Fees and Reimbursement of Expenses** to be filed electronically with the Clerk of Court using the CM/ECF system, and which will send electronic notification to the following:

**Matthew K. Brown**
jhoke@paynefears.com,
ir.courtnotices@paynefears.com,
mkb@paynefears.com

**Daniel F. Lula**
dfl@paynefears.com

**Scott O. Luskin**
sol@paynefears.com
pdavid@paynefears.com

**Joshua Briones**
lalocke@blankrome.com,
jbriones@blankrome.com

**Charles Robert Watkins**
twilson@gseattorneys.com,
charlesw@gseattorneys.com

**Frank F. Owen**
ffo@castlepalms.com

**Ana Tagvoryan**
sbrockway@blankrome.com,
atagvoryan@blankrome.com

**Stephen W. Heil**
swh@crayhuber.com,
anthony@crayhuber.com,
agatha@crayhuber.com

**Jeffrey N. Rosenthal**
rosenthal-j@blankrome.com

**Zachary Gordon Shook**
zgs@crayhuber.com

/s/ *C. Darryl Cordero*
C. Darryl Cordero

4827-0373-2038.3

1