UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| Craftwood Lumber Company, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Senco Brands, Inc.,<br><br>Defendant. | Case No. 1:14-cv-06866<br><br>Hon. John Robert Blakey |

Preliminarily Approved Counsel Frank F. Owen & Associates PA's Supplemental Motion for Approval of Allocation of Attorneys' Fees to Frank F. Owen & Associates PA pursuant to written co-counsel agreement

To All Parties and Their Respective Attorneys of Record:

Plaintiff's Counsel, Darryl Cordero, has moved for entry of an order granting attorneys' fees as requested in the amount of $983,333, to be allocated among Class Counsel, with $98,333.33 apportioned to Frank F. Owen & Associates PA in accordance with the parties' written Co-Counsel Fee Agreement.

This Supplement requesting specific approval of $98,333.33 be paid to Frank F. Owen & Associates PA, identifies the facts and law why this allocation is appropriate and should be approved by the court. It is made on the following grounds:

1. OWEN is the Counsel who brought the Client and Class Representative to this case.

2. Without OWEN bringing this client to the case, a class action against SENCO would not likely have been brought, and the class would not have received a penny.

3. Mr. Zimmermann and Mr. Cordero, co-counsel with OWEN, agreed to the 10% percentage in the written Co-Counsel Agreement:

4. OWEN's client, Craftwood Lumber Company through its President, David Brunges, approved of the percentage and arrangement in writing by approving the Co-Counsel Agreement;

5. The percentage is at the lowest edge of typical percentage attorney fees in a referral type arrangement;

6. The allocation of $98,333.33 to OWEN complies in all respects with ethics requirements, Illinois Bar Rules, and Federal Law.

7. OWEN filed an appearance, has his name on documents in the case, reviewed

and kept abreast of all activity in the case, made numerous calls and emails to co-counsel, attended the Mediation in California at his own expense, even though the co-counsel agreement prevented him from having any loadstar hours contribute to his share of attorney fees.

8. OWEN's referral and prosecution of this matter pursuant to the written co-counsel agreement is supported by Public Policy and is appropriate and in the best interest of the Class.

The motion is based on the accompanying Memorandum in Support of Preliminarily Approved Counsel Frank F. Owen & Associates PA's Supplemental Motion for Approval of Allocation of Attorneys' Fees to Frank F. Owen & Associates PA pursuant to written co-counsel agreement; the Declarations of Frank F. Owen, the pleadings and papers filed in this case; and on such further briefs and argument of counsel that will be received before or during the hearing on the motion.

DATED: May 30, 2017

Frank F. Owen & Associates, PA

By: /s/Frank F. Owen
_____
Frank F. Owen,
    One of the attorneys for Preliminarily
    Appointed Class Representative/Plaintiff
    Craftwood Lumber Company, and for the
    Preliminarily Certified Settlement Class

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, states that on this 30th day of MAY, 2017, he caused the foregoing Declaration of Frank F. Owen in Support of Supplement to Motion for Award of Attorneys' Fees and Reimbursement of Expenses to be filed electronically with the Clerk of Court using the CM/ECF system, and which will send electronic notification to the following:

| | |
|---|---|
| Matthew K. Brown<br>jhoke@paynefears.com,<br>ir.courtnotices@paynefears.com,<br>mkb@paynefears.com | Daniel F. Lula<br>dfl@paynefears.com |
| Scott O. Luskin<br>sol@paynefears.com,<br>pdavid@paynefears.com | Joshua Briones<br>lalocke@blankrome.com,<br>jbriones@blankrome.com |
| Charles Robert Watkins<br>twilson@gseattorneys.com,<br>charlesw@gseattorneys.com | Frank F. Owen<br>FFO@CastlePalms.com |
| Ana Tagvoryan<br>sbrockway@blankrome.com,<br>atagyoryan@blankrome.com | Stephen W. Heil<br>swh@crayhuber.com,<br>anthony@crayhuber.com,<br>agatha@crayhuber.com |
| Jeffrey N. Rosenthal<br>rosenthal-j@blankrome.com | Zachary Gordon Shook<br>zgs@crayhuber.com |

*/s/ Frank F. Owen*
Frank F. Owen